```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 21848
   JEFFERY A BURMEISTER
   STACEY D BURMEISTER                          CHAPTER 13

                                                JUDGE: BRUCE W BLACK
            Debtor
    SSN XXX-XX-7555     SSN XXX-XX-1949

-----------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 11/20/07 .

     2.  The case was dismissed without confirmation, 01/11/2008.

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
-----------------------------------------------------------------------------
CHARTER ONE BANK NA        CURRENT MORTG         .00             .00             .00
CHARTER ONE BANK NA        MORTGAGE ARRE   NOT FILED             .00             .00
HARRIS BANK CONSUMER LOA   SECURED VEHIC         .00             .00             .00
ASSOCIATED COLLECTORS      UNSECURED       NOT FILED             .00             .00
CAPITAL ONE BANK           UNSECURED       NOT FILED             .00             .00
CAPITAL ONE BANK           UNSECURED       NOT FILED             .00             .00
CERTIFIED SERVICES INC     UNSECURED       NOT FILED             .00             .00
CREDITORS COLLECTION BUR   UNSECURED       NOT FILED             .00             .00
CREDITORS COLLECTION BUR   UNSECURED       NOT FILED             .00             .00
GOODYEAR                   UNSECURED       NOT FILED             .00             .00
HSBC                       UNSECURED       NOT FILED             .00             .00
HSBC                       UNSECURED       NOT FILED             .00             .00
MEIJER                     UNSECURED       NOT FILED             .00             .00
MIDSTATE COLLECTION        UNSECURED       NOT FILED             .00             .00
SAMS CLUB                  UNSECURED       NOT FILED             .00             .00
         Summary of disbursements:
-----------------------------------------------------------------------------
                       SECURED      PRIORITY    UNSECURED       OTHER          TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED         .00          .00          .00          .00            .00
PRINCIPAL PAID             .00          .00          .00          .00            .00
INTEREST PAID              .00          .00          .00          .00            .00
TOTAL PAID                 .00          .00          .00          .00            .00
The Debtor's attorney, LESLEY A HOENIG            , was allowed $     3500.00
and was paid $     552.00  direct and $      .00  through the plan.

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 08/26/08                         /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE
```